# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148035

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

RODNEY KEVIN DIFFENDAL,
  Defendant-Appellant.

SC: 148035
COA: 315885
St. Joseph CC: 11-017582-FC

_____/

On order of the Court, the application for leave to appeal the October 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

d0224